Jodi K. Swick No. 228634
John T. Burnite No. 162223
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone: 510.628.2145
Facsimile: 510.628.2146
Email: jodi.swick@mhllp.com
john.burnite@mhllp.com

Attorneys for Plaintiff
SECURIAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>CATALINA HILLESTAD; PAMELA HILLESTAD, AS TRUSTEE OF THE HILLESTAD TRUST DATED 12-1-2008; and DOES 1-15,<br><br>Defendants. | Case No. 2:19-CV-00257-WBS-AC<br><br>**[PROPOSED] ORDER REGARDING CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE**<br><br>Date: June 24, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5 |

For good cause shown, and at the request of the parties, the Status (Pretrial Scheduling) Conference for this matter is continued from June 24, 2019 to September 30, 2019 at 1:30 p.m. in Courtroom 5. An amended joint status report shall be filed no later than September 16, 2019.

IT IS SO ORDERED.

Dated: June 18, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE