Jodi K. Swick No. 228634
John T. Burnite No. 162223
**McDOWELL HETHERINGTON LLP**
1 Kaiser Plaza, Suite 340
Oakland, CA 94612
Telephone:   510.628.2145
Facsimile:   510.628.2146
Email: jodi.swick@mhllp.com
            john.burnite@mhllp.com

Attorneys for Plaintiff
SECURIAN LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CATALINA HILLESTAD; PAMELA HILLESTAD, AS TRUSTEE OF THE HILLESTAD TRUST DATED 12-1-2008; and DOES 1-15, <br><br> Defendants. | Case No. 2:19-CV-00257-WBS-AC <br><br> **ORDER GRANTING PLAINTIFF SECURIAN LIFE INSURANCE COMPANY LEAVE TO DEPOSIT INTERPLEADER FUNDS WITH COURT AND INTO AN INTEREST-BEARING ACCOUNT** |

The stipulated request, by Plaintiff Securian Life Insurance Company and Defendant Catalina Hillestad, for leave to allow Securian Life to deposit interpleader funds into an interest-bearing account is granted and the Clerk of Court is hereby ORDERED to accept a check, payable to the Clerk, U.S. District Court, in the amount of $520,219.29 ($536,000.00 minus $15,780.71) plus accrued interest.

IT IS FURTHER ORDERED that these monies be deposited by the Clerk of Court into the Registry of this Court, in an interest-bearing account.

1      IT IS FURTHER ORDERED that the sum of money so invested in the interest-

2 bearing account shall remain on deposit until further order of this Court at which time the

3 funds, together with interest thereon, shall be distributed pursuant to further order of the

4 Court.

5      IT IS SO ORDERED.

6 Dated: July 18, 2019

7

WILLIAM B. SHUBB
8 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING PLAINTIFF SECURIAN LIFE INSURANCE COMPANY LEAVE TO DEPOSIT
INTERPLEADER FUNDS WITH COURT AND INTO AN INTEREST-BEARING ACCOUNT