```
ROBIN C. BEVIER, SBN #127999
LILIT A. MINASYAN, SBN #309295
THE LAW OFFICES OF ROBIN CLARK BEVIER
& ASSOCIATES, PC
2479 Sunrise Blvd
Gold River, CA 95670
Telephone: 916.858.0904
Facsimile: 916.859.4895
Email: rbevier@robinbevier.com
Attorney for Defendant,
CATALINA HILLESTAD
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY<br><br>        Plaintiff,<br><br>    v.<br><br>CATALINA HILLESTAD; PAMELA HILLESTAD, AS TRUSTEE OF THE HILLESTAD TRUST DATED 12-1-2008; AND DOES 1-15,<br><br>        Defendant. | No. 2:19-CV-00257-WBS-AC<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

BEFORE THIS COURT is Defendant's Motion for Judgment on the Pleadings. (Docket No. 19) Securian Life filed this interpleader action due to the existence of two potentially competing claims to the proceeds of decedent Scott C. Hillestad's life insurance policy: the Hillestad Trust and Catalina Hillestad. (Compl. (Docket No. 1).)

Because default has been entered against Pamela Hillestad (Docket No. 9.), the only other claimant in this action, and the moving papers support the motion, the Court hereby finds and ORDERS that Defendant Catalina Hillestad's Motion for Judgment on the Pleadings is GRANTED.

It is therefore ORDERED that Judgment is entered in favor of Defendant Catalina Hillestad.

IT IS SO ORDERED.

Dated: September 12, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE