UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SECURIAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CATALINA HILLESTAD; PAMELA HILLESTAD, AS TRUSTEE OF THE HILLESTAD TRUST DATED 12-1-2008; AND DOES 1-15,<br><br>　　　　Defendant. | No. 2:19-CV-00257-WBS-AC<br><br><br>ORDER TO DISPERSE FUNDS |

----oo0oo----

　　　　Pursuant to this court's order granting defendant's motion for judgment on the pleadings (Docket No. 22), the Clerk of this Court is ORDERED to disperse $525,094.69, which was deposited by Securian Life Insurance Company on July 26, 2018, receipt numbers 10164335 and 10164337 (Docket No. 15), plus any principal or accrued interest, to defendant Catalina Hillestad. The Clerk of this Court shall issue a check in Catalina Hillestad's name and mail it to her attorney, Robin C. Bevier at

1

The Law Offices of Robin Clark Bevier & Associates, PC, 2479 Sunrise Blvd., Gold River, CA 95670.

IT IS SO ORDERED.

Dated: October 9, 2019

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE